[No. 1042-2.    Division Two.    April 2, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN G. MELONE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 4851, Alan R. Hallowell, J., entered March 1, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 977-2.    Division Two.    April 2, 1974.]

*In the Matter of the Welfare of* JARRETT HAGEN, *a Minor*.

Certiorari to review a judgment of the Superior Court for Pierce County, No. 23414, Gene Godderis, Ct. Commr., entered January 3, 1973. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 1053-2.    Division Two.    April 2, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. LEVI WILLIAM MACK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 43425, Bertil E. Johnson, J., entered March 1, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 554-3.    Division Three.    April 2, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DICKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 2797, James J. Lawless, J., entered January 28, 1972. *Affirmed* by unpublished per curiam opinion.